**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-01053-REB-CBS

C.G., a minor child, by his parents and next friends,
JASON GALLEGOS, for himself and C.G., and
JENNIFER YARBROUGH, for herself and C.G.,

    Plaintiffs,

v.

THE CITY OF FORT LUPTON, COLORADO,
KEVIN HALLORAN, individually and in his official capacity as a Fort Lupton Police Officer,
CRYSTAL SCHWARTZ, individually and in her official capacity as a Fort Lupton Police Officer,
PAUL STIPE, individually and in his official capacity as a Fort Lupton Police Officer,
JOHN DOE, individually and his official capacity as a Fort Lupton Police Officer,
WELD COUNTY RE-8 SCHOOL DISTRICT,
MARK PAYLER, individually and in his official capacity as Superintendent, Weld County RE-8 School District,
NATIVITY MILLER, individually and in her official capacity as Principal of Butler Elementary School,
STEPHANIE ANDERSON, individually and in her official capacity as Vice-Principal of Butler Elementary School, and
CANDACE KENSINGER, individually and in her official capacity as Principal of Fort Lupton Middle School,

    Defendants.

---

# ORDER

---

**Blackburn, J.**

    The matter is before me on the **Plaintiffs' Notice of Voluntary Dismissal –**

**Counts Three and Nine Against Defendant Nativity Miller** [#51]1filed September 30,

2013.   After reviewing the notice and the record, I conclude that the plaintiffs' notice of

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).   I use this convention throughout this order.

1

voluntary dismissal should be approved and that plaintiffs' claims three and nine against defendant Nativity Miller should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiffs' Notice of Voluntary Dismissal – Counts Three and Nine Against Defendant Nativity Miller** [#51] filed September 30, 2013, is **APPROVED**; and

2. That plaintiffs' claims, three and nine, against defendant Nativity Miller are **DISMISSED WITH PREJUDICE**.

Dated October 1, 2013, at Denver, Colorado.

**BY THE COURT**:

s/ Robert E. Blackburn

Robert E. Blackburn
United States District Judge