**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01053-REB-CBS

C.G., a minor child, by his parents and next friends,
JASON GALLEGOS, for himself and C.G., and
JENNIFER YARBROUGH, for herself and C.G.,

      Plaintiffs,

v.

KEVIN HALLORAN, individually and in his official capacity as a Fort Lupton Police
Officer,
CRYSTAL SCHWARTZ, individually and in her official capacity as a Fort Lupton Police
Officer,
PAUL STIPE, individually and in his official capacity as a Fort Lupton Police Officer,
JOHN DOE, individually and his official capacity as a Fort Lupton Police Officer,
WELD COUNTY RE-8 SCHOOL DISTRICT,
NATIVITY MILLER, individually and in her official capacity as Principal of Butler
Elementary School,
STEPHANIE ANDERSON, individually and in her official capacity as Vice-Principal of
Butler Elementary School, and
CANDACE KENSINGER, individually and in her official capacity as Principal of Fort
Lupton Middle School,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before the court on the **Stipulated Dismissal With Prejudice**

[#85][1] filed October 17, 2014.  After reviewing the stipulation and the record, I have

concluded that the stipulation should be approved and that this action should be

---

    [1]  "[#85] is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Dismissal With Prejudice** [#85] filed October 17, 2014,

is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated October 17, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge